UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODRIQUEZ ARSENIO BETTY,
# 670246,

      Petitioner,

v.

KENNETH MCKEE,

      Respondent.
_____/

Case No. 11-cv-10451

HONORABLE STEPHEN J. MURPHY, III

## **CIVIL JUDGMENT**

The above-entitled matter having come before the Court, and in accordance with the Opinion and Order issued today;

**IT IS ORDERED AND ADJUDGED** that the action is **DISMISSED WITHOUT PREJUDICE.**

Dated at Detroit, Michigan this **8th** day of **March,** 2011.

                        DAVID J. WEAVER
                        CLERK OF THE COURT

                        BY: s/Carol Cohron_____
                              Deputy Clerk

APPROVED:


s/Stephen J. Murphy, III_____
STEPHEN J. MURPHY, III
United States District Judge

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 8, 2011, by electronic and/or ordinary mail.

                        s/Carol Cohron_____
                        Case Manager